NORTH CAROLINA DEPARTMENT OF CORRECTION v. GLENN E. MYERS

No. 489PA95-2

(Filed 11 October 1996)

On writ of certiorari pursuant to N.C.G.S. § 7A-32(b) to review the decision of the Court of Appeals, 120 N.C. App. 437, 462 S.E.2d 824 (1995), affirming the judgment entered 25 October 1994 by Greene, J., in Superior Court, Wake County. Heard in the Supreme Court 13 September 1996.

*Michael F. Easley, Attorney General, by Valerie L. Bateman, Assistant Attorney General, for the plaintiff-appellant.*

*Marvin Schiller for defendant-appellee.*

PER CURIAM.

This Court allowed plaintiff North Carolina Department of Correction's petition for writ of certiorari to review the decision of the Court of Appeals only as to the issue of attorney's fees.

AFFIRMED.